DATE OF NOTICE:          July 16, 2002

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| | : | |
| vs. | : | Civil Action 02-2640 |
| | : | |
| Bruce F. McDonald | : | |

### NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Thursday August 8, 2002 at 4:45 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Scheduling and Discovery Policy.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Michael Coyle
Deputy Clerk to Judge DuBois
267-299-7339

cc: Christopher Negrete, Esq
    David Smith, Esq.
Attachment