IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : : | |
| BRUCE F. MCDONALD, DO d/b/a MY SKIN DOCTOR, | : : | NO. 02-2640 |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 8th day of August, 2002, following a Preliminary Pretrial Conference on said date, during which Conference the Court addressed the question of subject matter jurisdiction and directed the parties to jointly report to the Court in writing with respect to the jurisdictional amount on or before August 15, 2002, **IT IS ORDERED** that, on or before August 15, 2002, the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) with respect to the jurisdictional amount at issue in this case. In the event the parties do not agree that the jurisdictional limit is not met, each party shall include in the joint report its calculation of the amount at issue in the case.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**